UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT EDUCATION INITIATIVE,

        Plaintiff,                       Case Number 24-12710

v.                                         Honorable David M. Lawson

UNITED STATES DEPARTMENT OF
EDUCATION and MIGUEL CARDONA,

        Defendants.
_____/

**ORDER GRANTING MOTION TO EXTEND TIME
TO ANSWER AND STRIKING IMPROPER FILING**

This matter is before the Court on the defendants' unopposed motion to extend the deadline for filing an answer to the amended complaint. The Court has considered the motion and finds that it should be granted. The motion also included a proposed order as an exhibit, which the defendants apparently wanted the Court to sign and enter. The inclusion of the proposed order was improper because such orders never should be filed by counsel on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function.

Accordingly, it is **ORDERED** that the motion to extend time to answer (ECF No. 14) is **GRANTED**. If the defendants want to answer or otherwise respond to the amended complaint, then they must do so **on or before May 5, 2025**.

It is further **ORDERED** that the proposed order (ECF No. 14-1) is **STRICKEN**.

                                                                         s/David M. Lawson
                                                                         DAVID M. LAWSON
                                                                           United States District Judge

Dated:  February 13, 2025