UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT EDUCATION INITIATIVE,

          Plaintiff,          Case Number 24-12710

v.          Honorable David M. Lawson

UNITED STATES DEPARTMENT OF
EDUCATION and MIGUEL CARDONA,

          Defendants.

_____/

## ORDER DENYING MOTION TO STAY

This matter is before the Court on the defendants' motion to stay all proceedings in this matter to await decisions by federal courts in other districts where separate parties have brought suits challenging the same administrative rulemaking process at issue in this case. The Court has considered the motion and finds that the defendants have not advanced good grounds to call a halt to all progress in this case, because the decisions in similar but distinct suits will not necessarily resolve all of the live issues in this matter.

Accordingly, it is **ORDERED** that the defendants' motion to stay (ECF No. 18) is **DENIED**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated:  May 7, 2025