UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT EDUCATION INITIATIVE,

        Plaintiff,                            Case Number 24-12710

v.                                               Honorable David M. Lawson

UNITED STATES DEPARTMENT OF
EDUCATION and LINDA MCMAHON,

        Defendants.
_____/

## ORDER SUBSTITUTING DEFENDANT

Pursuant to the stipulation of the parties (ECF No. 28), it is **ORDERED** that Linda McMahon is substituted as a defendant in the place of Miguel Cardona.

                                                     s/David M. Lawson
                                                     DAVID M. LAWSON
                                                     United States District Judge

Dated:  June 5, 2025